CHARLES PREVOT v. 132 SHERMAN AVENUE REALTY CORP.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. WILLIAM FRIEDLAND v. 601 WEST 149TH STREET, INC., et al.— In the Matter of WILLIAM FRIEDLAND v. D. & J. FREIBERGER, ESQS., et al.—